IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Cause No. EP:21-CR-01534-KC(1) |
| Evelyn Mahey TN EVELYN YOTTIE MAHEY | § § | |

## ORDER REVOKING PROBATION

On November 8, 2022, came to be considered the petition for revocation of probation in the above styled and numbered cause. The Defendant appeared in person by and through her counsel of record and the Government appeared by and through its Assistant United States Attorney. After hearing the evidence, the Court found that the defendant, **Evelyn Mahey TN EVELYN YOTTIE MAHEY**, had violated the conditions of probation imposed by virtue of the judgment entered herein on May 15, 2022, in that she failed to notify the Probation Officer within 72-hours of the change of her employment and failed to follow the instructions from the Probation Officer related to the conditions of supervision in violation of a standard condition of her conditions of probation. The Court further found that continuing defendant on probation would no longer serve the ends of justice, and that the petition for revocation of probation should be granted. It is therefore **ORDERED** that the petition for revocation of probation filed herein on August 2, 2022, be, and it is hereby, **GRANTED**.

It is further **ORDERED** that the probation of defendant **Evelyn Mahey TN EVELYN YOTTIE MAHEY** be, and it is hereby, **REVOKED**.

It is further **ORDERED** that the United States Marshals Service transport the defendant **Evelyn Mahey TN EVELYN YOTTIE MAHEY** to the Albert Armendariz, Sr. United States Courthouse on November 9, 2022.

It is further **ORDERED** that the defendant is hereby, committed to the custody of the Bureau of Prisons for a period of time served.

It is further **ORDERED** that upon release from custody, the defendant shall be on supervised release for a term of three (3) years. While on supervised release, the defendant shall comply with the mandatory and standard conditions that have been adopted by this Court and ordered in the original judgment dated May 15, 2022; and shall comply with the following additional conditions:

X    The defendant must participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant must abstain from the use of alcohol and any and all intoxicants. The defendant must pay the costs of such treatment if financially able.

X    The defendant shall submit his or her person, property, house, residence, vehicle, papers, [computers as defined in 18 U.S.C. Section 1030(e)(1), other electronic communications or data storage devices or media,] or office to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

SIGNED this 8th day of November, 2022.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE